IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

JAMES WILLIAM KENNEDY
 and KAREN LYNN KENNEDY,                    Case No. 3:05cv328/RV/MD
            Appellants/Debtors.
_____

### REPORT AND RECOMMENDATION

This bankruptcy appeal is before the court upon referral from the clerk. On September 2, 2005 the court issued an order requiring Appellants to pay the $255 filing fee within ten days. (Doc. 3). Appellants were warned that failure to comply with the order would result in their appeal being dismissed.[1]

After receiving no response from Appellants, on October 6, 2005 the court issued an order requiring Appellants to show cause within fifteen (15) days why this case should not be dismissed for their failure to prosecute and failure to comply with an order of the court. (Doc. 6). Over fifteen days has elapsed since that date, and Appellants have not responded to the order. In fact, no communication from Appellants has been received since the filing of their notice of appeal on August 23, 2005.

Accordingly, it is respectfully RECOMMENDED that this cause be dismissed and the clerk be directed to close the file.

At Pensacola, Florida, this 25th day of October, 2005.

/s/ Miles Davis
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the copy of the Bankruptcy Scheduling Order (doc. 2) was twice returned as undeliverable, (docs. 4 & 5), the copy of the order requiring Appellants to pay the filing fee was not returned.

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**