# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

IN RE:

JAMES WILLIAM KENNEDY
and KAREN LYNN KENNEDY,         CASE NO.: 3:05cv328/RV/MD
      Appellants/Debtors.

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 25, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

This cause is dismissed and the clerk is directed to close the file.

DONE AND ORDERED this 29th day of November, 2005.

                    /s/ _Roger Vinson_
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**